23310. NOBLES *v.* THE STATE.

DECIDED NOVEMBER 27, 1933.

*I. C. Farthing, Wallace H. Epting,* for plaintiff in error.

*W. G. Neville, solicitor-general,* contra.

MacIntyre, J. Having been convicted of manufacturing intoxicating liquor, Thomas Nobles filed his motion for a new trial containing only the general grounds.

B. F. Marsh, sheriff of Effingham county, testified: that the defendant "brought down there [to the still] a jug and some wood and got a sack of sugar and went back after the second trip, as it was then light enough to look at us;" that "Carr slipped up where he had thrown down the other lot of stuff, and when he came back with the other sugar we hailed him, and he ran;" that "the still had been in operation a whole lot of times, but not when we went down there;" that it "had been running from time to time;" that "we found his [defendant's] tracks before we caught him, and he had been all around there;" that "he did not tell me he had fired up the still before, but he told me he had been working around it a week, and the tracks there compared with his shoes;" that "beside the still was found ten or twelve gallons of mash or beer;" that "the condition of the beer was it was ready to run, . . was intoxicating;" that there was about two and one half or three gallons of whisky in a jug near the still; that the capacity of the still was about one hundred to one hundred and twenty gallons; and that the still was in Effingham county. One of the defendant's shoes made a peculiar imprint, which the witness said enabled him to distinguish it from other tracks.

"Under the ruling in *Belcher* v. *State,* 25 *Ga. App.* 493 (103 S. E. 852), one is guilty of making intoxicating liquor when it is made through fermentation as well as when made by distillation." *Davidson* v. *State,* 27 *Ga. App.* 195 (2) (107 S. E. 892). The evidence warrants the verdict. See *Raines* v. *State,* 35 *Ga. App.* 175, 177 (132 S. E. 243).

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*